USDS SDNY

............LY FILED

DOC #: _____

DATE FILED: 3 -8 -12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

JULIUS R. NASSO

                    Plaintiff,

              -against-

STEVEN SEAGAL and STEAMROLLER
PRODUCTIONS, INC.

                    Defendants.

------------------------------------------------------X

**CASE NO. 12 CV 0231 (PKC)**

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Julius R. Nasso and/or his counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against the Defendants Steven Seagal and Steamroller Productions, Inc. With respect thereto, Plaintiff states that no answer or motion for summary judgment has been filed by Defendants Steven Seagal and/or Steamroller Productions, Inc. There has been no prior dismissal in any court of the Unites State or of any state of an action based on or including the same claim as presented by the Plaintiff in its complaint herein.

Dated: March 7, 2012

SO ORDERED
[signature]
USDJ
3-8-12

**HANTMAN & ASSOCIATES**

By: /s/ Robert J. Hantman
Robert J. Hantman
1515 Broadway, 11th Floor
New York, New York 10036
(212) 684-3933
(212) 520-4301 facsimile

*ATTORNEYS FOR PLAINTIFF*
*JULIUS R. NASSO*

1